# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL MEANS EQUAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID S. FERRIERO, in his official capacity as Archivist of the United States, <br><br> Defendant. | C.A. No. 20-cv-10015-DJC |

## **DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendant David S. Ferriero, in his official capacity as Archivist of the United States, respectfully submits this motion to dismiss the Amended Complaint filed by Plaintiffs, Equal Means Equal, the Yellow Roses, and Katherine Weitbrecht, ECF No. 5. In support of the motion to dismiss, Defendant files the accompanying memorandum of reasons.

Dated: April 14, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANDREW E. LELLING
United States Attorney

RAYFORD A. FARQUHAR
(B.B.O. # 560350)
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Phone: (617) 748-3100
Fax: (617) 748-3971
E-mail: rayford.farquhar@usdoj.gov

ERIC R. WOMACK
Assistant Branch Director

Civil Division

/s/ *Liam C. Holland*
LIAM HOLLAND B.B.O. #704799
VINITA B. ANDRAPALLIYAL
(*Admitted in New York*)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 514-4964
Fax: (202) 616-8470
E-mail: Liam.C.Holland@usdoj.gov

*Attorneys for Defendant*

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I hereby certify that I communicated with Plaintiffs' counsel, Wendy J. Murphy, to narrow the issues raised in this motion on February 11, 2020, and February 14, 2020, and Plaintiffs accordingly filed an Amended Complaint on February 29, 2020. On March 25, 2020, I provided Plaintiffs with notice of the grounds on which Defendant intended to move to dismiss the Amended Complaint. We were unable to resolve or narrow the issues therein.

/s/ *Liam C. Holland*
LIAM C. HOLLAND