UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**EQUAL MEANS EQUAL**

**V.**                                                          **CIVIL ACTION NO. 20-10015-DJC**

**DAVID FERRIERO**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the Memorandum and Order dated August 6, 2020, the Court Orders that Defendant's Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

August 6, 2020                                                         /s/ Lisa M. Hourihan
                                                                        Deputy Clerk