# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Equal Means Equal v. David Ferriero

District Court Number: 20-cv-10015-DJC

Fee: Paid? Yes X   No ____   Government filer ____   *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No X      Sealed documents   Yes ____ No X
If yes, document # _____           If yes, document # _____

*Ex parte* documents   Yes ____ No X   Transcripts   Yes ____ No X
If yes, document # _____           If yes, document # _____

Notice of Appeal filed by: Plaintiff/Petitioner X   Defendant/Respondent ____   Other: ____

Appeal from:

#35 Memorandum and Order, #36 Electronic Order, #37 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#35, #36, #37, and #38

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 38 filed on August 13, 2020.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 13, 2020.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**