# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 10, 2020

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Equal Means Equal, et al.
v. David S. Ferriero, Archivist of the United States
No. 20-318
(Your No. 20-1802)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 2, 2020 and placed on the docket September 10, 2020 as No. 20-318.

Sincerely,

**Scott S. Harris**, Clerk

by

Clara Houghteling
Case Analyst